**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00273-CV

### JOHN KENNEMER, Appellant

### V.

### ANGELINA KENNEMER, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13523**

## ORDER

The reporter's record in this case is overdue. By postcard dated April 9, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification the record has not been requested, or paid for, or no arrangements have been made to pay for the record, we may order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable David Lopez
Presiding Judge, 256th Judicial District Court

Glenda Johnson
Official Court Reporter, 256th Judicial District Court

Counsel for all parties.

/s/      ADA BROWN
JUSTICE